## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

     Plaintiff,                                           Civil Action No.: 1:20-cv-01543

v.                                                                Judge John J. Tharp, Jr.

THE PARTNERSHIPS AND UNINCORPORATED          Magistrate Judge Sheila M. Finnegan
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 134 | fashionshop1807 |
| 103 | animallov |
| 167 | lin0901 |
| 205 | yiwu_jewelry |
| 26  | a3291979257 |

DATED: July 18, 2020                    Respectfully submitted,

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt (Bar No. 6207971)
                                      Keith Vogt, Ltd.
                                      111 West Jackson Boulevard, Suite 1700
                                      Chicago, Illinois 60604
                                      Telephone: 312-675-6079
                                      E-mail: keith@vogtip.com

                                      ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 18, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt