IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-01543

Judge John J. Tharp, Jr.

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 23 | 2012*fashionshop |
| 88 | SINAIRSOFT (Guangzhou) International Trade Import Co., |
| 160 | hugebegin-top912 |
| 3 | buyoung2703 |
| 87 | Shenzhen Ribon Creative Co., Ltd. |
| 154 | happyyunyi |
| 57 | Eceen Electronic Limited |
| 108 | bestbagmall2 |
| 152 | hanweieasytrading-9 |
| 161 | hwworthbuying6 |
| 41 | 17fly2011 |
| 56 | China Xinxing Guangzhou Imp. & Exp. Co., Ltd. |

| | |
|---|---|
| 162 | i_smartbuy*com |
| 86 | Shenzhen Great Sport Product Co., Ltd. |
| 82 | Quanzhou Sunmay Gifts Co., Ltd. |
| 138 | gbest_service |
| 5 | kazzhen_0 |
| 66 | Guangzhou NewOxygen Sports Products Co., Ltd. |
| 75 | Quanzhou Epoch Traveling Goods Co., Ltd. |
| 43 | atongmu66 |
| 201 | wuyishang99 |
| 93 | Yiwu Ledong Import And Export Co., Ltd. |
| 55 | Cherission (Xiamen) Industry Company Ltd. |
| 159 | homeshop20160120 |

DATED: September 7, 2020  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 7, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt